IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

> Sealed
> Public and unofficial staff access to this instrument are prohibited by court order.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL ACTION H-16-9 |
| MOISES ABRAHAM MILLAN ESCOBAR | § | |

## WAIVER OF INDICTMENT

I, Moises Abraham Millan Escobar, the above named defendant, who is accused of [conspiracy to violate the] Foreign Corrupt Practices Act of Title 15, United States Code, Section 78dd-2(a), being advised of the nature of the charge, the proposed Criminal Information, and of my rights, hereby waive in open court on January 19, 2016 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Signed at Houston, Texas on January 19, 2016.

_____
Moises Abraham Millan Escobar, Defendant

_____
Attorney for Defendant

APPROVED:

_____
Gray H. Miller
United States District Judge